IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action File No. 1:09-CV-749

| | |
|---|---|
| JAN CHRISTOPHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CMH HOMES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

It is stipulated by the parties that all claims in the above-entitled action be voluntarily dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. All parties will bear their own costs and attorney fees.

The 8th day of January 2010.

<div style="display: flex;">
<div>

/s/ Nancy P. Quinn
Nancy P. Quinn
N.C. State Bar No. 16799
*Attorney for Plaintiff*
THE QUINN LAW FIRM
315 Spring Garden Street, Suite 1D
Greensboro, North Carolina 27401
Telephone: (336) 272-9072
Facsimile: (336) 272-2289
Email: npquinn@triadbiz.rr.com

</div>
<div>

/s/ Patti W. Ramseur
Patti W. Ramseur
N.C. State Bar No. 26817
*Attorney for Defendant*
SMITH MOORE LEATHERWOOD LLP
300 North Greene Street, Suite 1400
Greensboro, NC 27401
Telephone: (336) 378-5304
Facsimile: (336) 433-7418
Email: patti.ramseur@smithmoorelaw.com

/s/ T. Matthew Creech
T. Matthew Creech
N.C. State Bar No. 32638
*Attorney for Defendant*
SMITH MOORE LEATHERWOOD LLP
300 North Greene Street, Suite 1400
Greensboro, NC 27401
Telephone: (336) 378-5552
Facsimile: (336) 433-7587
Email: matt.creech@smithmoorelaw.com

</div>
</div>

## ELECTRONIC FILING CERTIFICATE

Pursuant to Procedure I.(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, the undersigned attorney, who is authorized to electronically file documents in this Court, certifies that the content of the document is acceptable to all persons required to sign the document and that all such persons have given their explicit consent for the undersigned filing attorney to affix their signatures as "s/(attorney name)" and to submit the document electronically.

The 8th day of January 2010.

/s/ Patti W. Ramseur
Patti W. Ramseur
N.C. State Bar No. 26817
*Attorney for Defendant*
SMITH MOORE LEATHERWOOD LLP
300 North Greene Street, Suite 1400
Greensboro, NC  27401
Telephone:  (336) 378-5304
Facsimile:  (336) 433-7418
Email:  patti.ramseur@smithmoorelaw.com